WALTER BECKWORTH v.
NEW JERSEY STATE PAROLE BOARD.

October 16, 1973. Petition for certification denied.

TOWNSHIP OF WAYNE IN COUNTY OF PASSAIC v.
RICMIN, INC.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY BY THE COMMISSIONER OF
TRANSPORATION v. ERIE LACKAWANNA RAILROAD
COMPANY.

October 16, 1973. Petition for certification denied.

SALVATORE CALTAVUTURO v. CITY OF PASSAIC.

October 16, 1973. Petition for certification denied. (See
124 *N. J. Super.* 361)

MIRADCO, INC. v.
BOARD OF ADJUSTMENT OF CLARK.

October 16, 1973. Petition for certification denied.